UNITED STATES PROBATION OFFICE

MEMORANDUM



TO: Honorable Ernest C. Torres
Chief U.S. District Judge

FROM: Kurt E. O'Sullivan
Supervising U.S. Probation Officer

DATE: December 2, 2005

SUBJECT: ***Ronald J. DeFusco***
***Docket No. 1:02CR00059-001***
***Request for Special Conditions***
***and Transfer of Jurisdiction***

---

**COURT HISTORY**

Ronald J. DeFusco, after having pled guilty to a 12-count Superseding Indictment charging Conspiracy to Commit Mail Fraud, Wire Fraud and Interstate of Stolen Property, Mail Fraud, Wire Fraud and Interstate of Stolen Property, appeared before Your Honor on June 20, 2003 and was sentenced to 63 months imprisonment and 36 months of supervised release with the special conditions that he participate in a drug treatment program and that he pay joint and several restitution in the amount of $218,989.00.

**CUSTODIAL HISTORY**

Mr. DeFusco is presently serving his sentence at the Federal Correctional Institution in Fairton, New Jersey. He is scheduled to be released from custody on August 1, 2006 to the District of Nevada, and his assigned probation officer is Michelle Michaelis.

According to United States Probation Officer Michaelis, Mr. DeFusco is planning to reside with his wife and co-defendant, Janet DeFusco, in Las Vegas, Nevada. Reportedly, Mrs. DeFusco is doing well on probation, and she is awaiting for her husband to reunite with her.

Based upon Mr. DeFusco's desire to reside in the State of Nevada throughout his period of supervised release, United States Probation Officer Michaelis has, consistent with national policy, requested that our Court consider transferring jurisdiction to her district.

**RECOMMENDATIONS**

It is respectfully requested that the Court transfer jurisdiction to the District of Nevada consistent with United States Probation Officer Michaelis' request. This can be accomplished by signing Part I of each copy of the attached Probation Form 22 - Transfer of Jurisdiction and forwarding them to Your Honor's calendar clerk.

United States Probation Officer Michaelis is also respectfully requesting that Mr. DeFusco's supervised release conditions be modified to include the following two special conditions:

(1) **Warrantless Search** - You shall submit to the search of your person, property, or automobile under your control by the probation officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant to ensure compliance with all conditions of release.

(2) **Access to Financial Information** - You shall provide the probation officer access to any requested financial information, including personal income tax returns, authorization for release of credit information, and any other business financial information in which you have a control or interest.

The first special condition is recommended since it is the policy of the District of Nevada that each and every offender submit to warrantless searches throughout supervision. The second special condition is recommended in order to assist the Probation Department in connection with Mr. DeFusco's hefty, restitution obligation.

On November 23, 2005, Mr. DeFusco executed the attached Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release and he agreed to these two modifications of his supervised release.

Your Honor, please execute the Court's decision below as to United States Probation Officer Michaelis' request to modify Mr. DeFusco's conditions of supervised release.

Respectfully submitted,

Kurt E. O'Sullivan
Supervising U.S. Probation Officer

Reviewed and Approved:

Barry J. Weiner
Chief U.S. Probation Officer

KOS/kos

**SPECIAL CONDITIONS APPROVED:** Ernest C Torres
Honorable Ernest C. Torres
Chief U.S. District Judge
Date: 12/2/05

**SPECIAL CONDITIONS DENIED:** ____________________
Honorable Ernest C. Torres
Chief U.S. District Judge
Date: _

**PLEASE RETURN TO THE UNITED STATES PROBATION DEPARTMENT**